# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

VALERIE RENEE LEMASTERS,

    Plaintiff,

    v.

EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and SYNCHRONY BANK, N.A.,

    Defendant.

CASE NO. 5:26-cv-02096-NW

**[PROPOSED] ORDER GRANTING STIPULATION TO FURTHER EXTEND DEFENDANT SYNCHRONY BANK'S RESPONSIVE PLEADING DEADLINE PURSUANT TO CIVIL LOCAL RULE 6-1(b)**

Hon. Judge Noel Wise
Mag. Judge Virginia K. DeMarchi

CASE NO. 5:26-cv-02096-NW

[PROPOSED] ORDER GRANTING STIPULATION TO FURTHER EXTEND DEFENDANT SYNCHRONY BANK'S RESPONSIVE PLEADING DEADLINE PURSUANT TO CIVIL LOCAL RULE 6-1(b)

## ~~[PROPOSED]~~ ORDER

Upon reviewing Plaintiff Valerie Lemasters and Defendant Synchrony Bank's Stipulation to Further Extend Defendant Synchrony Bank's Responsive Pleading Deadline pursuant to Civil Local Rule 6-1(b) (the "Stipulation"), and for good cause appearing, IT IS SO ORDERED:

1.  The Stipulation is GRANTED.

2.  Synchrony Bank shall file a responsive pleading no later than June 3, 2026.

**IT IS SO ORDERED.**

DATE: May 5, 2026

HON. NOEL WISE
UNITED STATES DISTRICT COURT JUDGE

1                                    CASE NO. 5:26-cv-02096-NW

[PROPOSED] ORDER GRANTING STIPULATION TO FURTHER EXTEND DEFENDANT SYNCHRONY
BANK'S RESPONSIVE PLEADING DEADLINE PURSUANT TO CIVIL LOCAL RULE 6-1(b)