United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| VALERIE RENEE LEMASTERS, | Case No. 26-cv-02096-NW |
|---|---|
| Plaintiffs, | |
| v. | **CASE-MANAGEMENT AND PRETRIAL ORDER (JURY)** |
| EQUIFAX INFORMATION SERVICES LLC, et al., | |
| Defendants. | |

The court reviewed the joint case-management conference statement and issues this case-management and pretrial order. The Stipulation to Continue June 9, 2026, Case Management Conference (ECF No. 28) is denied as moot. June 9, 2026 Case Management Conference is vacated.

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
|---|---|
| Deadline to Complete ADR:<br>[ ] Court-sponsored mediation<br>[ ] Court-sponsored ENE<br>[ ] Mag. Judge Settlement Conf.<br>[x] Private mediation<br>[ ] Private arbitration<br>[ ] Other: | April 16, 2027 |
| Close of Fact Discovery | January 22, 2027 |
| Opening Expert Reports | February 19, 2027 |

United States District Court
Northern District of California

| Rebuttal Expert Reports | March 19, 2027 |
|---|---|
| Close of Expert Discovery | April 09, 2027 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: April 30, 2027 <br> **Responses**: May 14, 2027 <br> **Replies**: May 21, 2027 |
| Hearing on Dispositive and *Daubert* Motions | June 23, 2027 at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | August 11, 2027 |
| Final Pretrial Conference | August 18, 2027 at 2:00 p.m. |
| Trial | September 07, 2027 at 9:00 a.m. |
| Length of trial | 4 days |

**IT IS SO ORDERED.**

Dated: May 28, 2026

_____

Noël Wise
United States District Judge