# UNITED STATES DISTRICT COURT

for the
Northern District of California

**VALERIE RENEE LEMASTERS**

*Plaintiff*

v.

**EQUIFAX INFORMATION SERVICES LLC;**
**EXPERIAN INFORMATION SOLUTIONS, INC.;**
**CAPITAL ONE FINANCIAL CORPORATION; and**
**SYNCHRONY BANK, N.A.**

*Defendant*

)
)
)
)
)  Civil Action No. 5:26-CV-02096-NW
)
)
)
)

## AFFIDAVIT OF SERVICE

I, Wayne Pearson, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Capital One Financial Corporation in Richmond City County, VA on June 22, 2026 at 11:58 am at CSC, 100 Shockoe Slip, Fl 2, Richmond, VA 23219-4100 by dropping the documents into the designated dropbox as instructed by Corporation Service Company..

FIRST AMENDED COMPLAINT
CASE-MANAGEMENT AND PRETRIAL ORDER (JURY)
Notice of Electronic Filing
SUMMONS IN A CIVIL ACTION
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

Geolocation of Serve: https://google.com/maps?q=37.5351664503,-77.4339932483
Photograph: See Exhibit 1

Total Cost: $103.25

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Henrico County             ,

   VA    on   6/23/2026    .

/s/ *Wayne Pearson*

Wayne Pearson - +1 (804) 283-2548



Exhibit 1a)
6/22/2026 11:58 am EDT
100 Shockoe Slip, Fl 2, Richmond, VA 23219-4100
37.5351665, -77.4339932