NICHOLAS C. WILEY (351161)
NWiley@goodwinlaw.com
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, California 94105
Tel. +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VALERIE RENEE LEMASTERS,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; CAPITAL ONE FINANCIAL CORPORATION; and SYNCHRONY BANK, N.A.,<br><br>Defendants. | Case No. 5:26-cv-02096-NW<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF INTERESTED ENTITIES, PERSONS, AND CITIZENSHIP**<br><br>Courtroom:  3, 5th Floor<br>Judge:  Hon. Noël Wise<br><br>Compl. filed:  Mar. 11, 2026<br>FAC filed:  June 17, 2026 |

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 3-15, Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel of record, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

    (a) Central Source LLC

    (b) Online Data Exchange LLC

    (c) New Management Services LLC

    (d) VantageScore Solutions LLC

    (e) Opt-Out Services LLC

3. Publicly Held Companies: Experian plc indirectly owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated: July 2, 2026

Respectfully submitted,

By: /s/ *Nicholas C. Wiley*
NICHOLAS C. WILEY
*NWiley@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

- 1 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on July 2, 2026.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 2, 2026.

*/s/ Nicholas C. Wiley*
Nicholas C. Wiley

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

- 2 -

EXPERIAN'S NOTICE OF INTERESTED PERSONS                    CASE NO. 5:26-CV-02096-NW