United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE RENEE LEMASTERS,<br>Plaintiff,<br>v.<br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br>Defendants. | Case No. 26-cv-02096-NW<br><br>**ORDER RELIEVING DEFENDANT EQUIFAX FROM COMPLIANCE WITH ALL DATES AND DEADLINES AND DIRECTING THE PARTIES TO FILE DISMISSAL OR STATUS REPORT**<br><br>Re: ECF No. 46 |

On September 9, 2026, Plaintiff Lemasters and Defendant Equifax Information Services LLC ("Equifax") filed a joint notice of settlement stating that the Plaintiff and Equifax "have reached a settlement in principle" and that "plaintiff anticipates filing a Stipulation of Dismissal as to Defendant Equifax, only, within sixty (60) days of the date of this Notice." ECF No. 46. Accordingly, Equifax is relieved from compliance with all previously set dates and deadlines. All dates and deadlines remain in place as to all other Defendants.

Plaintiff and Defendant Equifax shall file their stipulation of dismissal of Plaintiff's claims against Defendant Equifax by Monday, November 2, 2026. The Court sets a compliance hearing regarding dismissal of Plaintiff's claims against Defendant Equifax for Tuesday, November 17, 2026, at 10:00 a.m. in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California.

If the case is not dismissed by November 2, 2026, the compliance hearing will be converted into an order to show why the claims against Defendant Equifax should not be dismissed from the case. If any party opposes the order to show cause, that party must file their

objection in writing by November 10, 2026. Counsel must appear at the hearing in person; no remote appearances will be permitted.

**IT IS SO ORDERED.**

Dated: September 30, 2026

Noël Wise
United States District Judge